## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

GLYNIS BETHEL,              :

    Petitioner,            :

vs.                         :        CA 06-0605-KD-C

CLIFF YETTER,               :

    Respondent.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 11, 2006 is **ADOPTED** as the opinion of this Court.

**DONE** this 17th day of January, 2007.

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**